No. 92–5053. THORNBRUGH *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5054. SMITH *v.* RICHARDS, SUPERINTENDENT, WESTVILLE CORRECTIONAL CENTER, ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–5055. FORDE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 92–5056. ENGELKING *v.* WATTERS. C. A. 5th Cir. Certiorari denied.

No. 92–5057. JACKSON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 92–5058. HURST *v.* JABE, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 92–5059. DIAZ SANCHEZ *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–5062. SOTO ALVAREZ *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 92–5063. AL-HAKIM *v.* FREEDMAN ET AL. C. A. 11th Cir. Certiorari denied.

No. 92–5064. MUNOZ-PATINO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–5065. LEWIS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–5066. MAYFIELD *v.* FRANCKS ET AL. C. A. 6th Cir. Certiorari denied.

No. 92–5069. McCOLPIN *v.* DAVIES ET AL. C. A. 10th Cir. Certiorari denied.

No. 92–5070. McMUYA *v.* MANAGEMENT SCIENCE AMERICA, INC. C. A. 4th Cir. Certiorari denied.

No. 92–5071. MORRIS *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied.